IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ARCHROMA U.S., INC., <br><br> **Plaintiff,** <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> **Defendants.** | Court No. 22-00354 |

### CONSENT MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT

Plaintiff, Archroma U.S., Inc. ("Archroma"), by and through its attorneys, request leave to file its First Supplemental Complaint, attached hereto.

Defendants' counsel have reviewed the proposed First Supplemental Complaint and have advised in writing that Defendants consent to the relief sought herein. Leave is therefore permitted under Rule 15(a)(2).

Pursuant to Administrative Order, Paragraph 4(d)(i), Archroma also includes with its filing "(1) a list of each amendment or correction including the page number for each amendment or correction, (2) a complete copy of the amended or corrected document, and (3) an amended or corrected version of the document showing the additions, deletions, and any other changes in a "redline and strikeout" format."

WHEREFORE, Archroma prays that this motion be granted and the attached First Supplemental Complaint be filed into the record.

#100980965v1

Respectfully submitted,

*/s/ Christopher D. Cazenave*
Christopher D. Cazenave
JONES WALKER LLP
201 Saint Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8408
Email: ccazenave@joneswalker.com

*Counsel for Archroma, U.S., Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that February 10, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Christopher D. Cazenave*

#100980965v1