IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ARCHROMA U.S., INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Defendants. | Court No. 22-00354 |

### LIST OF AMENDMENTS PURSUANT TO ADMINISTRATIVE ORDER 02-01

Pursuant to Administrative Order 02-01, Paragraph 4(d)(i), Plaintiff, Archroma U.S., Inc. ("Archroma") lists the following amendments made to the attached First Supplemental Complaint:

Archroma included two additional allegations (paragraphs 9 and 10 on page 3) relating to the Commission's January 13, 2023 publication terminating the Second Sunset Review:

8. The Commission published notice of its termination of the Second Sunset Review on January 13, 2023. *See Stilbenic Optical Brightening Agents from Chain and Taiwan; Termination of Five-Year Reviews*, 88 Fed. Reg. 2374 (I.T.C. Jan. 13, 2023).

9. Archroma's First Supplemental Complaint was filed on February 10, 2023—within 30 days of the January 13, 2023 publication of the Commission's notice of termination of the Second Sunset Review.

#100980979v1

Respectfully submitted,

*/s/ Christopher D. Cazenave*
Christopher D. Cazenave
JONES WALKER LLP
201 Saint Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8408
Email: ccazenave@joneswalker.com

*Counsel for Archroma, U.S., Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that February 10, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Christopher D. Cazenave*

#100980979v1