IN THE UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE
THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| ARCHROMA U.S., INC., Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES INTERNATIONAL TRADE COMMISSION, Defendants, and, <br><br> THE FONG MIN (TFM) INTERNATIONAL CO. LTD., Defendant-Intervenor | Court No. 22-00354 |

**Response of Defendant-Intervenor TFM**

Defendant-Intervenor The Fong Min (TFM) International Co., Ltd. hereby states that it agrees with the September 1, 2023 Response Briefs of the United States Department of Commerce and the U.S. International Trade Commission (ECF 39 and 40) in this matter and has nothing more to add.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Peter Koenig*

Peter Koenig
The Fong Min (TFM) International Co., Ltd.

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for this response to the Memorandum in Support of Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record, as computed by Squire Patton Bogg's word processing system (Microsoft Word 365), is 109 words.

*/s/ Peter Koenig*
Peter Koenig
October 2, 2023