# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER

Court No. 22-00354

**ARCHROMA U.S., INC.,**

                                                            *Plaintiff,*

v.

**UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES INTERNATIONAL TRADE COMMISSION**

                                                            *Defendants,*

and

**TEH FONG MIN (TFM) INTERNATIONAL CO., LTD.,**

                                                            *Defendant-Intervenor.*

## DEFENDANT UNITED STATES INTERNATIONAL TRADE COMMISSION'S SUPPLEMENTAL BRIEF

| | |
|---|---|
| MADELINE R. HEEREN | DOMINIC L. BIANCHI |
| Attorney for Defendant | General Counsel |
| Office of the General Counsel | (202) 205-3061 |
| U.S. International Trade Commission | |
| 500 E Street, SW | ANDREA C. CASSON |
| Washington, DC  20436 | Assistant General Counsel |
| Telephone (202) 708-1529 | for Litigation |
| Fax: (202) 205-3111 | (202) 205-3105 |

**DATED: APRIL 25, 2024**

Defendant U.S. International Trade Commission ("Commission") hereby responds to the court's April 4, 2024 order requesting supplemental briefing (ECF48). The Commission concurs with the arguments made in the supplemental brief filed by the U.S. Department of Justice on behalf of the U.S. Department of Commerce.

For the reasons stated in the Commission's response to Archroma's motion for judgment upon the agency record, and the reasons stated in the Department of Justice's submissions, we respectfully request that the Court affirm the Commission's final determinations terminating its five-year reviews of the antidumping duty orders on stilbenic optical brightening agents from China and Taiwan.

Respectfully submitted,

Dominic L. Bianchi
General Counsel

*/s/ Andrea C. Casson*
Andrea C. Casson
Assistant General Counsel for Litigation

*/s/ Madeline R. Heeren*
Madeline R. Heeren
Attorney-Advisor
Office of the General Counsel

U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Telephone: (202) 708-1529
Facsimile: (202) 205-3111
madeline.heeren@usitc.gov

*Attorneys for Defendant U.S. International Trade Commission*

Dated: April 25, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Chambers Procedures 2(B)(1) and (2), I hereby certify that the attached **DEFENDANT UNITED STATES INTERNATIONAL TRADE COMMISSION'S SUPPLEMENTAL BRIEF** contains 101 words, according to the word-count function of the word processing system used to prepare this brief (Microsoft Word 2010).

Dated: April 25, 2024                    */s/ Madeline R. Heeren*
                                         Madeline R. Heeren
                                         Attorney-Advisor
                                         Office of the General Counsel
                                         U.S. International Trade Commission
                                         500 E Street, SW
                                         Washington, DC 20436
                                         Telephone: (202) 708-1529
                                         Facsimile: (202) 205-3111
                                         madeline.heeren@usitc.gov