# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ARCHROMA U.S., INC., | ) |
| Plaintiff, | ) |
| v. | ) Court No. 22-00354 |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES INTERNATIONAL TRADE COMMISSION, | ) |
| Defendants, | ) |
| and | ) |
| THE FONG MIN (TFM) INTERNATIONAL CO. LTD., | ) |
| Defendant-Intervenor. | ) |

**NOTICE OF APPEAL BY DEFENDANT,
<u>THE UNITED STATES DEPARTMENT OF COMMERCE</u>**

Notice is given that defendant, the United States Department of Commerce, hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's judgment dated May 28, 2024. ECF No. 55. The scope of this appeal includes the Court's opinion granting the plaintiff's motion for judgment on the agency record. ECF No. 54.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

| | |
|---|---|
| OF COUNSEL: | /s/Geoffrey M. Long<br>GEOFFREY M. LONG<br>Senior Trial Counsel<br>Commercial Litigation Branch |
| AYAT MUJAIS<br>Senior Attorney<br>Office of the Chief Counsel For<br>   Trade Enforcement & Compliance<br>Department of Commerce | Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044 |
| July 26, 2024 | Attorneys for the United States Department of Commerce |