# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ARCHROMA U.S., INC., | ) |
|     Plaintiff, | ) |
|     v. | ) Court No. 22-00354 |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES INTERNATIONAL TRADE COMMISSION, | ) |
|     Defendants, | ) |
|     and | ) |
| TEH FONG MIN (TFM) INTERNATIONAL CO. LTD., | ) |
|     Defendant-Intervenor. | ) |

## NOTICE OF APPEAL BY DEFENDANT-INTERVENOR, TEH FONG MIN (TFM) INTERNTIONAL CO. LTD.

Notice is given that defendant-intervenor, Teh Fong Min (TFM) International Co., Ltd. , hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's judgment dated May 28, 2024. ECF No. 55. The scope of this appeal includes the Court's opinion granting the plaintiff's motion for judgment on the agency record. ECF No. 54.

Respectfully submitted,

Peter Koenig

Squire Patton Boggs
550 M Street NW
Washington DC 20036
202 669 1901
peter.koenig@squirepb.com
Counsel to Teh Fong Min (TFM) International Co., Ltd. ,