**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ARCHROMA U.S., INC.,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF COMMERCE AND UNITED STATES INTERNATIONAL TRADE COMMISSION,<br>*Defendants*,<br>and<br>TEH FONG MIN INTERNATIONAL CO. LTD.,<br>*Defendant-Intervenor*. | Ct. No. 22-00354-MMB |

**JUDGMENT**

As directed by the Federal Circuit, *see Archroma U.S., Inc. v. Dep't of Commerce*, 185 F.4th 1341 (Fed. Cir. 2026), and consistent with its mandate (ECF 65), the court enters judgment for Defendants and Defendant-Intervenor.

Dated: October 1, 2026
New York, New York

/s/ *M. Miller Baker*
M. Miller Baker, Judge